

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00598-CV

**IN THE INTEREST OF J.C.W.** and I.O.W, Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-015
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the Motion for Voluntary Dismissal filed by appellant is GRANTED and this appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED October 30, 2019.

_____
Beth Watkins, Justice